## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA CRAWLEY, | Civil Action No.: 2:19-cv-00234 |
|     Plaintiff, | |
| v. | |
| CACH, LLC, | |
|     Defendant. | |

### DEFENDANT CACH, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant CACH, LLC, ("CACH") by its attorneys, Gordon Rees Scully Mansukhani, LLP, submits the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Court Rules:

1. CACH is a privately-held corporation.

2. CACH is 100% owned by LVNV Funding, LLC, which is a privately-held company.

3. No publically held corporation owns 10% or more of its stock.

Dated: March 6, 2019

                                              Respectfully submitted,

                                              GORDON REES SCULLY MANSUKHANI, LLP
By: */s/ Jessica G. Lucas*
Jessica G. Lucas, Pa I.D. #311280
707 Grant Street Suite 3800
Pittsburgh, PA 15219
T: (412) 577-7400
F: (412) 347-5461
jlucas@grsm.com
*Attorneys for CACH, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I filed and served the foregoing Rule 7.1 Corporate Disclosure Statement upon all counsel and parties of record via the Court's Electronic Filing System.

/s/ <i>Jessica G. Lucas</i>