IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| PATRICIA CRAWLEY, | ) | |
| Plaintiff, | ) | 2:19-CV-00234-CRE |
| vs. | ) | |
| CACH, LLC, | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 16th day of December, 2019,

Upon consideration of Defendant's motion to dismiss (ECF No. 4), it is HEREBY ORDERED that said motion is DENIED.

IT IS FURTHER ORDERED that Defendant shall file an answer to the complaint by **January 6, 2020**.

BY THE COURT:

s/Cynthia Reed Eddy
Chief United States Magistrate Judge